THOMAS E. DONAHUE (SBN 156279)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: tdonahue@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

Attorneys for Plaintiff,

J.C., a minor, by and through his Guardian ad Litem, Beatriz Estrada

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., a minor, by and through his Guardian ad Litem, Beatriz Estrada,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ALLIANCE MEDICAL CENTER; SUTTER MEDICAL CENTER OF SANTA ROSA; JEFFREY E. MECKLER, M.D.; PATRICIA E. PIERSOL, C.N.M.; VIRGINIA MEADE, D.O., and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.:<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

1. Petitioner is a minor of the age of two years.

2. Petitioner is about to commence an action in this court against the UNITED

- 1 -

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

STATES OF AMERICA, ALLIANCE MEDICAL CENTER, SUTTER MEDICAL CENTER OF SANTA ROSA, JEFFREY E. MECKLER, M.D., PATRICIA E. PIERSOL, C.N.M., AND VIRGINIA MEADE D.O. for medical negligence, arising out of events that occurred before, during and after Petitioner's birth.

3. Petitioner has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. BEATRIZ ESTRADA, whose address is 390 Duncan Drive, Apt. 105, Windsor, CA 95492, is a competent and responsible person, and fully competent to act as my guardian ad litem. BEATRIZ ESTRADA is the mother of Petitioner.

5. Said BEATRIZ ESTRADA is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, a petitioner moves the court for an order appointing BEATRIZ ESTRADA as guardian ad litem of petitioner for the purpose of bringing action against the UNITED STATES OF AMERICA, ALLIANCE MEDICAL CENTER, SUTTER MEDICAL CENTER OF SANTA ROSA, JEFFREY E. MECKLER, M.D., PATRICIA E. PIERSOL, C.N.M., AND VIRGINIA MEADE D.O. on the claim hereinabove stated.

DATED: June 24, 2014                    DONAHUE & HORROW, LLP


                                        */s/Nichole D. Podgurski*
                                        THOMAS E. DONAHUE
                                        NICHOLE D. PODGURSKI
                                        Attorneys for Plaintiff

## CONSENT OF NOMINEE

I, BEATRIZ ESTRADA, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: June 20, 2014

_____
BEATRIZ ESTRADA

## ORDER

The petition for an order appointing BEATRIZ ESTRADA as guardian ad litem for petitioner in this matter is GRANTED. IT IS SO ORDERED.

Dated: June 27, 2014

_____
UNITED STATES DISTRICT JUDGE